**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6122

JACK P. MOORE,

       Plaintiff - Appellant,

    v.

ELIZABETH HOPKINS THOMAS, DIR. N.C. PRISONER'S LEGAL SER. (OR REPLACEMENT),

       Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:23-cv-00291-CCE-JEP)

Submitted:  August 28, 2025                    Decided:  September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jack P. Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack P. Moore seeks to appeal the district court's order dismissing his motion for appointment of counsel following the court's prior order adopting the recommendation of the magistrate judge and dismissing Moore's complaint without prejudice and with leave to file an amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Moore seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Moore's pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*